MAY D. HARDING v. HARRY H. KUTNER and Others, Impleaded with GENING REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ANDON E. ANDON v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BESSIE POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC. HENRY POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEZA G. REED v. GEORGE J. GUNSHOR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSA SANCHEZ, as Administratrix, etc., of FRANCISCO SANCHEZ, Deceased, v. W. R. GRACE & COMPANY and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD J. QUINTAL and Others v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

P. JACKSON HIGGS v. GEORGE DE MAZIROFF.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

JUNE KNIGHT, by BERYL VALLIKETTE, Her Guardian ad Litem, v. JACK HOLLAND and JUNE HART, Also Known as JUNE LLOYD and JUNE KNIGHT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of CELIA HAMMER, a Stockholder of the MANUFACTURERS TRUST COMPANY, for the Appointment of Appraisers to Appraise the Value of Her Stock. In the Matter of the Application of ISADORE HAMMER, a Stockholder of the MANUFACTURERS TRUST COMPANY, for the Appointment of Appraisers, etc. In the Matter of the Application of JOSEPH WEINSTEIN, a Stockholder of the MANUFACTURERS TRUST COMPANY, for the Appointment of Appraisers, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.